UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM HERNANDEZ,
FDOC Inmate No. M27195,
    Plaintiff,

vs.                                                     Case No.: 3:20cv3650/MCR/EMT

MARK S. INCH,
    Defendant.
_____/

## ORDER

The Chief Magistrate Judge issued a Report and Recommendation on October 8, 2021 (ECF No. 57). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There are no timely filed objections.

Having considered the Report and Recommendation, and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Chief Magistrate Judge's Report and Recommendation (ECF No. 57) is adopted and incorporated by reference in this order.

2. Plaintiff's "Protective Order Civil Right Complaint" (ECF No. 55), which the undersigned construes as a motion for a temporary restraining order, is **DENIED**.

**DONE AND ORDERED** this 17th day of November 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**