UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM HERNANDEZ,
Inmate No. M27195,
    Plaintiff,

vs.                                                                            Case No.:  3:20cv3650/MCR/EMT

MARK S. INCH, et al.,
    Defendants.
    _____/

## REPORT AND RECOMMENDATION

On September 2, 2020, the undersigned entered an order granting Plaintiff's second motion for an extension of time to file a third amended complaint and allowing Plaintiff thirty days from the date of the order in which to do so (ECF No. 54).  After the thirty-day deadline passed and Plaintiff had not complied, the undersigned entered an order directing Plaintiff to show cause, within thirty days, why the case should not be dismissed for failure to prosecute and/or failure to comply with an order of the court (ECF No. 58).  The undersigned advised that failure to comply with the order would result in a recommendation, without further notice, that the case be dismissed.  More than thirty days have passed, and Plaintiff has not complied (*id.*).

Accordingly, it is respectfully **RECOMMENDED**:

1. That this action be dismissed without prejudice for failure to prosecute and failure to comply with an order of the court.

2. That the clerk of court be directed to close this case.

At Pensacola, Florida, this 7<u>th</u> day of December 2021.


/s/ Elizabeth M. Timothy
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>.  An objecting party must serve a copy of the objections on all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.:  3:20cv3650/MCR/EMT